In the Matter of the Judicial Settlement of the Account of Proceedings of LENA BARTHEL, as Administratrix, etc., of JOHN J. BARTHEL, Deceased.— It appearing that the appellant has voluntarily furnished the undertaking

for costs, applied for by respondent, the motion to compel such undertaking is dismissed, without costs. Present — Rich, Putnam, Blackmar, Kelly and Jaycox, JJ.